IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | Case No. 3:13-cr-00350K |
| SANDY JENKINS, | § § § | |
| DEFENDANT | § | |

**DEFENDANT SANDY JENKINS' MOTION
TO DISCOVER EVIDENCE FAVORABLE TO DEFENDANT**

TO THE HONORABLE ED KINKEADE:

The Defendant in the above styled and numbered cause, Sandy Jenkins, under the Sixth Amendment to the United States Constitution, respectfully moves the Court for an order directing the government to provide for inspection, copying, or photographing all evidence that is favorable to the Defendant or that will tend to exculpate the Defendant from the criminal charges against the Defendant. In support of this motion, Sandy Jenkins would show the Court as follows:

**I.**

The Defendant requests that the Court direct discovery of the following items:

1. Any material information within the government's possession or control which tends to negate the guilt of the Defendant as to the offense charged.

2. Any and all evidence in the possession of the government which is "favorable" to the Defendant and material to the issue of guilt or innocence or to punishment in this case, pursuant to the Due Process Clause of the Fifth Amendment to the United States Constitution as

interpreted by the United States Supreme Court in <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and any material which may be used to impeach a witness under <u>Giglio v. United States</u>, 405 U.S. 150 (1972) and <u>Jencks v. United States</u>, 353 U.S. 657 (1957), including but not limited to the following materials:

a. Any oral, written, or recorded statement made by any person to law enforcement, to the government, or to the grand jury which tends to establish the accused's innocence or to impeach or contradict in a material way the testimony of any witness whom the government will call at the trial of the cause.

b. Any law enforcement investigation report made to law enforcement agents which tends to establish the accused's innocence or to impeach or contradict the testimony of any witness whom the government will call at the trial of the cause.

c. The names and addresses of witnesses who might establish the Defendant's innocence or impeach or contradict the testimony of any witness whom the government will call at the trial of this cause.

d. Any information or material which would tend to establish the Defendant's innocence or to impeach or contradict the testimony of any witness whom the government intends to call at the trial of the cause.

e. Any scientific or medical report which tends to establish the Defendant's innocence or to impeach or contradict any witness whom the government will call at the trial of the cause.

3. All information in the government's possession that may reasonably be considered

admissible and useful to the defense in the sense that it is probably material and exculpatory, and such evidence in its possession which could be fairly and properly used to advantage by the accused on the issues of guilt or punishment.

The evidence sought to be discovered cannot otherwise be discovered under the Federal Rules of Criminal Procedure, and the Defendant cannot, by reasonable diligence, otherwise obtain such evidence except by court order.

## II.

A hearing on this motion is respectfully requested.

## III.

Counsel for the Defendant conferred with attempted to discuss this matter with Assistant United States Attorney Nick Bunch about this motion on October 16, 2013. Counsel for the Defendant was unable to confer with Assistant United States Attorney Nick Bunch.

Sandy Jenkins prays that the Court enter an order directing the government to produce and provide access to the information described above.

Respectfully Submitted,

Brett B. Stalcup
Texas State Bar Number:   19011800
3615 N. Hall Street
Dallas, Texas 75219
Telephone:  (214) 219-1000
Fax:  (214) 219-1003
E-mail:  bstalcup@stalcuplaw.com

Attorney for the Defendant,
Sandy Jenkins

DEFENDANT SANDY JENKINS' MOTION TO DISCOVER EVIDENCE FAVORABLE TO DEFENDANT – Page 3

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Sandy Jenkins' Motion to Discover Evidence Favorable to Defendant was delivered to Nick Bunch, Assistant United States Attorney on the 16th day of October, 2013.

_Brett B Staley_

Brett B. Stalcup