IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:13-CR-350-K |
| | § | |
| SANDY JENKINS | § | |

**FIRST BILL OF PARTICULARS
REGARDING PROPERTY SUBJECT TO FORFEITURE**

The United States of America ("the government"), by the undersigned, pursuant to

Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following

property is subject to forfeiture on the basis of the forfeiture allegations set forth in the

Indictment filed in the above-captioned criminal case:

**REAL PROPERTY:**

a.      1235 West Third Avenue, Corsicana, Texas, more particularly described as:

> All of that certain lot, tract or parcel of land in the
> City of Corsicana, Navarro County, Texas, being and
> designed as Lot Nos. 3 and 4, and 10 feet off the West
> side of Lot No. 2, and the East ½ of Lot No. 5, all in
> Block No. 443, according to the Official Map of said
> City Corsicana, Navarro County, Texas, being more
> fully described by metes and bounds as follows:
>
> Beginning at a 5/8" iron rod found on the south right
> of way of West 3rd Avenue and being located at the
> northwest corner of the east one-half of Lot 5, Block
> 442;
>
> Thence N60º 00'E 135.00 feet with the south right of
> way of West 3rd Avenue to a 5/8" iron rod found to
> the northeast corner of this tract, said point located at
> the northeast corner of a 10 foot strip of Lot 2;

**USA First Bill of Particulars - Page1**

Thence S30º 00'E 150.00 feet to a fence corner post located at the southeast corner of this tract;

Thence S60º 00'W 135.00 feet to a 3/4" pipe found for the southwest corner of this tract, said point located at the southwest corner of the east one-half of Lot 5;

Thence N30º 00'W 150.00 feet to the place of beginning and containing 0.465 Acre of land;

b.    35 Cibola Circle, Santa Fe, New Mexico, more particularly described as:

All of Lot 41 in Block 1 as shown on Subdivision Plat of survey entitled "Hondo Hills Subdivision," filed for record as Document No. 361499 appearing in Plat Book 33 at page 20, records of Santa Fe County, New Mexico;

c.    And/or the net proceeds from the sale of each real property.[1]

**PERSONAL PROPERTY:**

d.    Vehicles seized or surrendered to date:

1. 2010 Mercedes Benz (VIN: WDDEJ8GB9AA024372);

2. 2005 Lexus (YIN: JTIIFN48Y550066823);

3. 2013 GMC Denali (YIN: 1GKS2MEF4DR228922); and

4. 2013 BMW X53 (VIN: 5UXZV4C57DOE00605).

e.    Currency seized or surrendered to date:

1. $6,598.99 in United States dollars;

2. $3,939.65 cashier's check refund of account balance at deBoulle; and

---

[1] These real properties are also at issue in separate but related pending civil matters, *In re Marriage of Jenkins*, No. C13-22531-CV (County Court at Law, Navarro Co., 13th Jud. Dist.) and *In re Real Property*, No. 3:13-CV-3260-P (N.D. Tex.).

**USA First Bill of Particulars - Page2**

    3. $259,990.00 held in the registry of the Court pursuant to the Agreed Order (Dkt. No. 19) and Stipulation (Dkt. No. 23) of the parties.

f.    One Steinway Model B-Festival ES Piano (SN: 578848) with Opus 7 Piano Disc.

g.    Electronic equipment:

    1. One Naim Uniti 192 Music Player;

    2. Two Wilson Duette Speakers;

    3. One Compaq Presario Laptop; and

    4. One Apple iPad.

h.    Firearms:

    1. One Iver Johnson pistol (SN: J56920);

    2. One Smith & Wesson Model 642 Airweight revolver (SN: DCL4025);

    3. One Smith & Wesson revolver (SN: BMB1623);

    4. One Smith & Wesson revolver (SN: DCX6999-642-2);

    5. One Magnum Research Micro Desert Eagle pistol (SN: ME10872); and

    6. One Glock GMBH Model26 semi-automatic pistol (SN: FMC390).

i.    Furs, Jewelry, Precious Gems & Metals, Watches, Handbags, Luggage, Shoes, Crystal, and miscellaneous collectibles more particularly described in Attachment A.

j.    Wine and liquor collection more particularly described in Attachment B.

**PENDING:**

k.    Artwork: 10 Paintings pending identification will be set forth in a Second Bill of Particulars upon completion of an appraisal.

l.      Watches:  Two men's watches (one FP Journe and one Patek Philippe) pending identification will be set forth in a Second Bill of Particulars upon completion of an appraisal.

The government may file supplemental bills of particulars as additional assets are

identified and/or appraised.  The government also reserves its rights to election of

remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


*/s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659-8812
melissa.childs@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' First Bill of Particulars

was served pursuant to the district court's ECF system as to ECF filers, and was sent by first-class mail on November 15, 2013 to the following non-ECF filers:


CRAIG A. HARRIS
Hiersche, Hayward, Drakeley
& Urbach PC
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
*Attorney for Non-Party Victim*

KERRI ANDERSON DONICA
Law Office of Kerri Anderson Donica
301 W. 3rd Avenue
Corsicana, Texas 75110
*Attorney for Defendant's Spouse, as titled owner of certain property*


*s/ Melissa A. Childs*
Melissa A. Childs
Assistant United States Attorney


**USA First Bill of Particulars - Page5**