**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District         : TXN   Northern District of Texas

OIA Agency        : FBI
Court Case Name   : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 1 | 1 | 2007 Drew Family Cellars Pinot Noir Gatekeepers Rio ` | Good | 41.72 |
| | | AL | | |
| 2 | 2 | 2007 Frank Family Vineyards Cabernet Sauvignon Rese | Good | 162.14 |
| | | AL | | |
| 3 | 1 | 2010 Hendry Pinot Noir | Good | 29.63 |
| | | AL | | |
| 4 | 1 | 2010 Hendry Primitivo Block 24 | Good | 32.49 |
| | | AL | | |
| 5 | 1 | 2002 Hope & Grace Cabernet Sauvignon | Good | 35.24 |
| | | AL | | |
| 6 | 1 | 2008 Hope & Grace Pinot Noir Doctor's Vineyard | Good | 44.28 |
| | | AL | | |
| 7 | 1 | 2001 Larkmead Vineyards Cabernet Sauvignon | Good | 42.45 |
| | | AL | | |
| 8 | 1 | 2004 Domaine Maestracci Vin de Corse Calvi E | Good | 17.37 |
| | | AL | | |
| 9 | 1 | 2008 Chateau de Saint-Cosme Cotes du Rhone Les Deu | Good | 17.25 |
| | | AL | | |
| 10 | 1 | 2005 Vantage Point Pinot Noir | Good | 23.52 |
| | | AL | | |
| 11 | 1 | 2008 Vine Cliff Winery Cabernet Sauvignon | Good | 73.20 |
| | | AL | | |
| 12 | 1 | 2007 Cliff Lede High Fidelity - Bin 02 | Good | 70.53 |
| | | AL | | |
| 13 | 1 | 2004 Fourteen Appellations | Good | 112.07 |
| | | AL | | |
| 14 | 1 | 2008 Hendry Petit Verdot Block 15 | Good | 35.23 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : TXN  Northern District of Texas

OIA Agency          : FBI
Court Case Name     : U.S. v. Sandy Jenkins
Court Case Number   : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 15 | 1 | 2009 Hendry Primitivo Block 24 | Good | 33.31 |
| | | AL | | |
| 16 | 2 | 2009 Nickel & Nickel Zinfandel Bonfire Vineyard | Good | 85.46 |
| | | AL | | |
| 17 | 2 | 2008 Revolver Wine Company Cabernet Franc The Fur | Good | 86.00 |
| | | AL | | |
| 18 | 1 | 2006 Round Pond Cabernet Sauvignon | Good | 38.53 |
| | | AL | | |
| 19 | 3 | 2007 Round Pond Cabernet Sauvignon Bovet Round Po | Good | 237.03 |
| | | AL | | |
| 20 | 1 | 2007 Caymus Cabernet Sauvignon Special Selection - E | Good | 113.65 |
| | | AL | | |
| 21 | 2 | 2001 Caymus Cabernet Sauvignon Special Selection | Good | 259.82 |
| | | AL | | |
| 22 | 1 | 2009 Nickel & Nickel Zinfandel Bonfire Vineyard | Good | 42.73 |
| | | AL | | |
| 23 | 8 | 2007 Talbott Chardonnay Monterey County | Good | 228.59 |
| | | AL | | |
| 24 | 1 | 2001 Cain Vineyard & Winery Cain Five - Bin 04 | Good | 83.47 |
| | | AL | | |
| 25 | 1 | 2001 Caymus Cabernet Sauvignon Special Selection | Good | 129.91 |
| | | AL | | |
| 26 | 1 | 2005 Donati Family Vineyard Syrah Paicines | Good | 28.43 |
| | | AL | | |
| 27 | 1 | 2009 Hendry Zinfandel Blocks 7 & 22 | Good | 31.78 |
| | | AL | | |
| 28 | 2 | 2009 Hollywood & Vine Cellars Cabernet Sauvignon 2 | Good | 158.69 |
| | | AL | | |

UNITED STATES MARSHALS SERVICE

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District              : **TXN   Northern District of Texas**

**OIA Agency**        : **FBI**
**Court Case Name**   : **U.S. v. Sandy Jenkins**
**Court Case Number** : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 29 | 1 | 2009 Joseph Phelps Cabernet Sauvignon Innisfree | Good | 25.66 |
| | | AL | | |
| 30 | 1 | N.V. Adriano Ramos-Pinto Porto "Collector" Porto Res | Good | 18.24 |
| | | AL | | |
| 31 | 1 | 2009 Revolver Wine Company Cabernet Sauvignon Th | Good | 88.25 |
| | | AL | | |
| 32 | 1 | 2009 Round Pond Cabernet Sauvignon Reserve Round I | Good | 89.59 |
| | | AL | | |
| 33 | 1 | 2009 Round Pond Estate Nebbiolo | Good | 42.68 |
| | | AL | | |
| 34 | 1 | 2007 Spring Mountain Vineyard Cabernet Sauvignon C | Good | 62.29 |
| | | AL | | |
| 35 | 1 | 2005 Hall Cabernet Sauvignon Napa Valley - Bin 05 | Good | 31.26 |
| | | AL | | |
| 36 | 1 | 2009 Round Pond Estate Cabernet Sauvignon | Good | 67.96 |
| | | AL | | |
| 37 | 2 | 2008 Vine Cliff Winery Chardonnay | Good | 56.48 |
| | | AL | | |
| 38 | 2 | 2009 Vine Cliff Winery Chardonnay Carneros | Good | 62.84 |
| | | AL | | |
| 39 | 6 | 2010 Vine Cliff Winery Chardonnay Dijon Clone 76 | Good | 260.00 |
| | | AL | | |
| 40 | 3 | 2010 Del Dotto Sangiovese Caves - Bin 06 | Good | 150.34 |
| | | AL | | |
| 41 | 1 | 2009 Dierberg Pinot Noir Santa Maria Valley | Good | 36.32 |
| | | AL | | |
| 42 | 2 | 2007 Elyse Cabernet Sauvignon Tietjen Vineyard | Good | 83.78 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District              : TXN  Northern District of Texas

OIA Agency        : FBI
Court Case Name   : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 43 | 1 | 2007 Elyse Zinfandel Howell Mountain | Good | 34.16 |
|  |  | AL |  |  |
| 44 | 1 | 2011 EnRoute Pinot Noir Les Pommiers | Good | 55.48 |
|  |  | AL |  |  |
| 45 | 1 | 2008 Hendry Cabernet Franc Blocks 9D & 26 | Good | 33.08 |
|  |  | AL |  |  |
| 46 | 1 | 2005 Hendry Cabernet Sauvignon | Good | 51.18 |
|  |  | AL |  |  |
| 47 | 1 | 2004 Hendry Cabernet Sauvignon Block 8 | Good | 53.78 |
|  |  | AL |  |  |
| 48 | 1 | 2006 Newton Chardonnay Unfiltered | Good | 44.15 |
|  |  | AL |  |  |
| 49 | 1 | 2007 Page Wine Cellars Cabernet Sauvignon The Stash | Good | 83.22 |
|  |  | AL |  |  |
| 50 | 1 | 2009 Page Wine Cellars Proprietary Red | Good | 72.50 |
|  |  | AL |  |  |
| 51 | 1 | 2008 Revolver Wine Company Cabernet Sauvignon The | Good | 109.00 |
|  |  | AL |  |  |
| 52 | 2 | 2009 Revolver Wine Company Petit Verdot | Good | 90.83 |
|  |  | AL |  |  |
| 53 | 1 | 1999 Schweiger Vineyards Cabernet Sauvignon Reserve | Good | 109.40 |
|  |  | AL |  |  |
| 54 | 1 | 2009 Spring Mountain Vineyard Cabernet Sauvignon | Good | 63.38 |
|  |  | AL |  |  |
| 55 | 1 | 2003 Spring Mountain Vineyard Cabernet Sauvignon | Good | 62.04 |
|  |  | AL |  |  |
| 56 | 1 | 2000 Spring Mountain Vineyard Cabernet Sauvignon | Good | 58.91 |
|  |  | AL |  |  |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District         : **TXN   Northern District of Texas**

OIA Agency        : **FBI**
Court Case Name   : **U.S. v. Sandy Jenkins**
Court Case Number : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 57 | 1 | 2009 Spring Mountain Vineyard Elivette | Good | 107.50 |
| | | AL | | |
| 58 | 1 | 2010 Spring Mountain Vineyard Pinot Noir | Good | 46.96 |
| | | AL | | |
| 59 | 1 | 2008 Vine Cliff Winery Cabernet Sauvignon | Good | 73.20 |
| | | AL | | |
| 60 | 6 | 2009 Hollywood & Vine Cellars Cabernet Sauvignon "2 | Good | 476.08 |
| | | AL | | |
| 61 | 1 | 2011 Belle Glos Pinot Noir Oeil de Perdrix - Bin 9 | Good | 17.81 |
| | | AL | | |
| 62 | 1 | 2006 Bellum Yecla El Principio | Good | 55.84 |
| | | AL | | |
| 63 | 1 | 2007 Conterno Fantino Barolo Vigna del Gris | Good | 64.87 |
| | | AL | | |
| 64 | 1 | 2006 Robert Craig Cabernet Sauvignon Affinity | Good | 36.26 |
| | | AL | | |
| 65 | 1 | 2008 Tenuta di Salviano Lago di Corbara Solideo | Good | 49.99 |
| | | AL | | |
| 66 | 1 | 2009 Bodegas El Nido Jumilla El Nido | Good | 114.30 |
| | | AL | | |
| 67 | 1 | N.V. Graham Porto Fine Ruby | Good | 17.66 |
| | | AL | | |
| 68 | 2 | 2006 Hendry Chardonnay Barrel Fermented | Good | 48.86 |
| | | AL | | |
| 69 | 1 | 2001 Bodegas Muga Rioja Gran Reserva | Good | 27.28 |
| | | AL | | |
| 70 | 1 | N.V. Porto Rocha Porto 20 Year Old | Good | 25.88 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : **TXN   Northern District of Texas**

OIA Agency        : **FBI**
Court Case Name   : **U.S. v. Sandy Jenkins**
Court Case Number : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 71 | 1 | 2007 Quinta do Noval Porto Vintage | Good | 74.35 |
| | | AL | | |
| 72 | 3 | 2010 Del Dotto Cabernet Sauvignon Connoisseur's Serie | Good | 525.00 |
| | | AL | | |
| 73 | 3 | 2010 Del Dotto Cabernet Sauvignon Connoisseurs' Serie | Good | 196.23 |
| | | AL | | |
| 74 | 3 | 2008 Domaine de Fontsainte Corbieres Reserve la Dem | Good | 46.75 |
| | | AL | | |
| 75 | 3 | 2007 Vine Cliff Winery Cabernet Sauvignon Private Sto | Good | 417.52 |
| | | AL | | |
| 76 | 2 | 2002 Chateau Bellevue St. Emilion Grand Cru - Bin 11 | Good | 45.98 |
| | | AL | | |
| 77 | 3 | 2007 Chase Zinfandel Hayne Vineyard | Good | 123.32 |
| | | AL | | |
| 78 | 4 | 2008 Cimarossa Cabernet Sauvignon Rian | Good | 303.87 |
| | | AL | | |
| 79 | 3 | 2007 Cimarossa Cabernet Sauvignon Rive di Cimarossa | Good | 178.48 |
| | | AL | | |
| 80 | 1 | 2009 Chase Zinfandel Hayne Vineyard - Bin 12 | Good | 40.40 |
| | | AL | | |
| 81 | 1 | 2008 Chase Zinfandel Hayne Vineyard | Good | 41.24 |
| | | AL | | |
| 82 | 1 | 2007 Cliff Lede Cabernet Sauvignon Imagine Rhapsody | Good | 86.52 |
| | | AL | | |
| 83 | 2 | 2008 Cliff Lede Cabernet Sauvignon Lonely Wizard Sta | Good | 170.38 |
| | | AL | | |
| 84 | 1 | 2008 Henri de Villamont Santenay Les Champs Claude | Good | 22.75 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District          : **TXN   Northern District of Texas**

OIA Agency        : **FBI**
Court Case Name   : **U.S. v. Sandy Jenkins**
Court Case Number : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 85 | 1 | 2003 Joseph Phelps Syrah | Good | 32.66 |
| | | AL | | |
| 86 | 1 | 2007 Vine Cliff Winery Cabernet Sauvignon | Good | 70.46 |
| | | AL | | |
| 87 | 4 | 2005 Vine Cliff Winery Cabernet Sauvignon Oakville | Good | 274.70 |
| | | AL | | |
| 88 | 1 | 2006 Cliff Lede Cabernet Sauvignon Stags Leap Distric | Good | 43.79 |
| | | AL | | |
| 89 | 1 | 2008 Elyse Le Corbeau Hudson Vineyard | Good | 34.21 |
| | | AL | | |
| 90 | 1 | 2000 Domaine Leroy Bourgogne | Good | 43.74 |
| | | AL | | |
| 91 | 1 | 2007 Vine Cliff Winery Cabernet Sauvignon | Good | 52.82 |
| | | AL | | |
| 92 | 1 | 2006 Vine Cliff Winery Cabernet Sauvignon Private Sto | Good | 122.35 |
| | | AL | | |
| 93 | 7 | 2007 Vine Cliff Winery Cabernet Sauvignon Private Sto | Good | 974.22 |
| | | AL | | |
| 94 | 1 | 2005 Cliff Lede Cabernet Sauvignon Diamond Mountai | Good | 63.24 |
| | | AL | | |
| 95 | 1 | 2004 Cliff Lede Cabernet Sauvignon Diamond Mountai | Good | 62.31 |
| | | AL | | |
| 96 | 1 | 2009 Cliff Lede Sauvignon Blanc Napa Valley | Good | 21.51 |
| | | AL | | |
| 97 | 3 | 2009 Far Niente Cabernet Sauvignon Estate Bottled | Good | 312.18 |
| | | AL | | |
| 98 | 1 | 2007 Nickel & Nickel Cabernet Sauvignon Copper Strea | Good | 75.53 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District          : TXN   Northern District of Texas

OIA Agency        : FBI
Court Case Name   : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 99 | 1 | 2009 Nickel & Nickel Cabernet Sauvignon State Ranch | Good | 85.26 |
| | | AL | | |
| 100 | 1 | 2007 Nickel & Nickel Cabernet Sauvignon Vogt Vineya | Good | 74.00 |
| | | AL | | |
| 101 | 2 | 2010 Round Pond Cabernet Sauvignon Round Pond Est | Good | 82.29 |
| | | AL | | |
| 102 | 1 | 2005 Vine Cliff Winery Cabernet Sauvignon | Good | 50.42 |
| | | AL | | |
| 103 | 1 | 2009 Dierberg Syrah Santa Ynez Valley - Bin 15 | Good | 31.12 |
| | | AL | | |
| 104 | 1 | 2010 EnRoute Pinot Noir Les Pommiers | Good | 56.47 |
| | | AL | | |
| 105 | 1 | 2005 Hendry Cabernet Sauvignon Block 16 | Good | 43.50 |
| | | AL | | |
| 106 | 1 | 2005 Hendry Cabernet Sauvignon Block 18 | Good | 42.17 |
| | | AL | | |
| 107 | 1 | 2007 Hendry Cabernet Sauvignon HRW | Good | 22.01 |
| | | AL | | |
| 108 | 1 | 2006 Hendry Petit Verdot Block 15 | Good | 28.90 |
| | | AL | | |
| 109 | 1 | 2008 Hendry Pinot Noir Hendry Vineyard | Good | 31.50 |
| | | AL | | |
| 110 | 1 | 2007 Hendry Zinfandel Blocks 7 & 22 | Good | 23.11 |
| | | AL | | |
| 111 | 2 | 2005 Louis Jadot Echezeaux | Good | 280.74 |
| | | AL | | |
| 112 | 1 | 2010 Nickel & Nickel  Syrah Darien Vineyard | Good | 45.22 |
| | | AL | | |

# UNITED STATES MARSHALS SERVICE

## SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

**District** : **TXN   Northern District of Texas**

**OIA Agency** : **FBI**
**Court Case Name** : **U.S. v. Sandy Jenkins**
**Court Case Number** : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 113 | 1 | 2009 Storybrook Mountain Vineyards Zinfandel Mayac | Good | 37.33 |
| | | AL | | |
| 114 | 1 | 2006 Hendry Red Wine Hendry Vineyard - Bin 16 | Good | 24.57 |
| | | AL | | |
| 115 | 2 | 2004 Hendry Red Wine Hendry Vineyard | Good | 64.50 |
| | | AL | | |
| 116 | 9 | 2007 Hendry Zinfanel Block 28 | Good | 205.97 |
| | | AL | | |
| 117 | 1 | 2007 Angels Landing Cabernet Sauvignon - Bin 17 | Good | 16.99 |
| | | AL | | |
| 118 | 3 | 2011 Del Dotto Pinot Noir 828/LT Lumiere | Good | 255.00 |
| | | AL | | |
| 119 | 2 | 2010 Dierberg Chardonnay | Good | 51.64 |
| | | AL | | |
| 120 | 2 | 2009 Dierberg Chardonnay | Good | 52.31 |
| | | AL | | |
| 121 | 4 | 2007 Dierberg Chardonnay | Good | 117.47 |
| | | AL | | |
| 122 | 1 | 2009 Dierberg Pinot Noir Santa Maria Valley - Bin 18 | Good | 36.32 |
| | | AL | | |
| 123 | 1 | 2008 Elyse L'Ingenue Naggiar | Good | 27.66 |
| | | AL | | |
| 124 | 1 | 2011 Far Niente Chardonnay | Good | 49.61 |
| | | AL | | |
| 125 | 1 | 2007 Far Niente Chardonnay | Good | 45.50 |
| | | AL | | |
| 126 | 1 | 2008 Hendricks Pinot Noir Doctor's Vineyard | Good | 57.50 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District          : TXN  Northern District of Texas

OIA Agency       : FBI
Court Case Name  : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 127 | 1 | 2006 Pahlmeyer Chardonnay Napa Valley | Good | 64.16 |
| | | AL | | |
| 128 | 1 | 2011 Pride Mountain Vineyards Viognier | Good | 41.69 |
| | | AL | | |
| 129 | 4 | 2010 Vine Cliff Winery Chardonnary Dijon Clone 76 | Good | 173.33 |
| | | AL | | |
| 130 | 1 | 2008 Vine Cliff Winery Chardonnay Proprietress Reser | Good | 60.19 |
| | | AL | | |
| 131 | 2 | 2007 Angels Landing Cabernet Sauvignon - Bin 19 | Good | 33.98 |
| | | AL | | |
| 132 | 2 | 2008 Hendricks Pinot Noir Doctor's Vineyard | Good | 115.00 |
| | | AL | | |
| 133 | 2 | 2003 M Squared Cabernet Sauvignon Monte Rosso | Good | 200.00 |
| | | AL | | |
| 134 | 3 | 2009 Pride Mountain Vineyards Cabernet Sauvignon | Good | 201.76 |
| | | AL | | |
| 135 | 3 | 2009 Pride Mountain Vineyards Cabernet Sauvignon Re | Good | 394.84 |
| | | AL | | |
| 136 | 6 | 2011 Belle Glos Pinot Noir Clark & Telephone Vineyar | Good | 225.31 |
| | | AL | | |
| 137 | 1 | 2011 Alliance Loire Sancerre Cuvee Signee par Nicolas | Good | 17.49 |
| | | AL | | |
| 138 | 1 | 2000 Domaine des Baumard Quarts de Chaume | Good | 37.46 |
| | | AL | | |
| 139 | 1 | 2005 Dunn Vineyards Cabernet Sauvignon Napa Valley | Good | 58.07 |
| | | AL | | |
| 140 | 1 | 2005 Far Niente Cabernet Sauvignon Estate Bottled | Good | 108.05 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            :  TXN   Northern District of Texas

OIA Agency         :  FBI
Court Case Name    :  U.S. v. Sandy Jenkins
Court Case Number  :  3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 141 | 1 | 2007 Frank Family Vineyards Cabernet Sauvignon Rese | Good | 81.07 |
| | | AL | | |
| 142 | 1 | 2010 Hendry Cabernet Sauvignon HRW | Good | 23.35 |
| | | AL | | |
| 143 | 1 | 2008 Hendry Red Wine Hendry Vineyard | Good | 33.79 |
| | | AL | | |
| 144 | 1 | 2004 J. Jacaman Pinot Noir | Good | 40.30 |
| | | AL | | |
| 145 | 1 | 2010 Nickel & Nickel Merlot Harris | Good | 44.87 |
| | | AL | | |
| 146 | 1 | 2005 Raymond Vineyard & Cellar Cabernet Sauvignon | Good | 26.41 |
| | | AL | | |
| 147 | 1 | 2011 Christian Salmon Sancerre Blanc Cuvee Vieilles V | Good | 35.23 |
| | | AL | | |
| 148 | 1 | 2005 Vantage Point Pinot Noir | Good | 23.52 |
| | | AL | | |
| 149 | 1 | 2010 Brutocao Pinot Noir Estate Bottled Slow Lope'n - | Good | 28.80 |
| | | AL | | |
| 150 | 1 | 1998 Chateau Croizet-Bages | Good | 24.38 |
| | | AL | | |
| 151 | 1 | 2008 Henri de Villamont Santenay Les Champs | Good | 22.75 |
| | | AL | | |
| 152 | 2 | 2009 Hollis Pinot Noir | Good | 74.83 |
| | | AL | | |
| 153 | 1 | 2008 Janzen Cabernet Sauvignon Cloudy's Vineyard | Good | 92.00 |
| | | AL | | |
| 154 | 2 | 2007 Kenefick Ranch Cabernet Sauvignon Chris's Cuve | Good | 112.02 |
| | | AL | | |

## UNITED STATES MARSHALS SERVICE

### SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
### ITEMIZATION LIST

District          : TXN   Northern District of Texas

OIA Agency        : FBI
Court Case Name   : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 155 | 1 | 2008 Neal Family Vineyards Cabernet Sauvignon | Good | 47.43 |
| | | AL | | |
| 156 | 2 | 2009 Remoissenet Pere et Fils Bourgogne Renommee | Good | 66.62 |
| | | AL | | |
| 157 | 1 | 2010 Summers Winery Cabernet Sauvignon Calistoga | Good | 32.14 |
| | | AL | | |
| 158 | 5 | 2010 Belle Glos Pinot Noir Las Alturas Vineyard - Bin | Good | 180.92 |
| | | AL | | |
| 159 | 1 | 2010 Belle Glos Pinot Noir Taylor Lane Vineyard | Good | 39.66 |
| | | AL | | |
| 160 | 5 | 2011 Belle Glos Pinot Noir Clark & Telephone Vineyar | Good | 187.76 |
| | | AL | | |
| 161 | 1 | 2009 Herb Lamb Cabernet Sauvignon HL Herb Lamb V | Good | 153.01 |
| | | AL | | |
| 162 | 2 | 2010 Bouchard Pere et Fils Beaune 1er Cru Greves Vign | Good | 176.11 |
| | | AL | | |
| 163 | 2 | 2010 Chanson Pere et Fils Beaune 1er Cru Clos des Fev | Good | 120.04 |
| | | AL | | |
| 164 | 2 | 2010 Chanson Pere et Fils Beaune 1er Cru Clos des Mo | Good | 101.97 |
| | | AL | | |
| 165 | 2 | 2010 Joseph Drouhin Beaune 1er Cru Clos des Mouches | Good | 177.90 |
| | | AL | | |
| 166 | 2 | 2010 Joseph Drouhin Beaune 1er Cru clos des Mouches | Good | 146.68 |
| | | AL | | |
| 167 | 2 | 2010 Louis Jadot Beaune 1er Cru Clos des Ursules Dom | Good | 110.19 |
| | | AL | | |
| 168 | 6 | 2004 Reynolds Family Winery Cabernet Sauvignon Res | Good | 519.51 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District         : **TXN   Northern District of Texas**

OIA Agency       : **FBI**
Court Case Name   : **U.S. v. Sandy Jenkins**
Court Case Number : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 169 | 1 | 2007 Mailly Grand Cru Champagne L'Intemporelle - Bi | Good | 125.00 |
| | | AL | | |
| 170 | 5 | 2007 Nickel & Nickel Cabernet Sauvignon Block 4 Reg | Good | 389.20 |
| | | AL | | |
| 171 | 5 | 2008 Nickel & Nickel Cabernet Sauvignon State Ranch | Good | 406.50 |
| | | AL | | |
| 172 | 1 | 2004 Perrier-Jouet Champagne Belle Epoque | Good | 114.24 |
| | | AL | | |
| 173 | 3 | 2010 Far Niente Cabernet Sauvignon Estate Bottled - Bi | Good | 310.70 |
| | | AL | | |
| 174 | 4 | 2008 Nickel & Nickel Cabernet Sauvignon Block 4 Reg | Good | 326.25 |
| | | AL | | |
| 175 | 5 | 2008 Nickel & Nickel Cabernet Sauvignon State Ranch | Good | 406.50 |
| | | AL | | |
| 176 | 1 | 2002 Beringer Vineyards Nightingale Botrytised Napa V | Good | 39.99 |
| | | AL | | |
| 177 | 1 | 2005 Chateau Cantegril Sauternes | Good | 18.97 |
| | | AL | | |
| 178 | 5 | 2007 Dolce Winery Late Harvest | Good | 354.70 |
| | | AL | | |
| 179 | 1 | 2003 Chateau Haut-Mayne | Good | 20.82 |
| | | AL | | |
| 180 | 1 | 2007 Nickel & Nickel Zinfandel Bonfire Vineyard | Good | 41.92 |
| | | AL | | |
| 181 | 1 | 2004 Joseph Phelps Eisrebe | Good | 37.47 |
| | | AL | | |
| 182 | 1 | 2005 Chateau Rieussec | Good | 66.10 |
| | | AL | | |

UNITED STATES MARSHALS SERVICE

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : **TXN   Northern District of Texas**

**OIA Agency**      : **FBI**
**Court Case Name** : **U.S. v. Sandy Jenkins**
**Court Case Number** : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 183 | 1 | 1995 Chateau d'Yquem | Good | 213.74 |
| | | AL | | |
| 184 | 1 | 2005 Cliff Lede Cabernet Sauvignon Cinnamon Stardus | Good | 80.85 |
| | | AL | | |
| 185 | 6 | 2003 Moet & Chandon Champagne Cuvee Dom Perigno | Good | 893.41 |
| | | AL | | |
| 186 | 2 | 2006 Morgan Chardonnay Double L Vineyard | Good | 59.00 |
| | | AL | | |
| 187 | 1 | 2001 Quintessa | Good | 94.51 |
| | | AL | | |
| 188 | 1 | 2006 Vine Cliff Winery Zinfandel Bobcat Animal Cross | Good | 40.00 |
| | | AL | | |
| 189 | 1 | 2002 Wolf Blass Cabernet Sauvignon Gold Label | Good | 17.74 |
| | | AL | | |
| 190 | 1 | 2010 Far Niente Chardonnay - Bin 31 | Good | 47.99 |
| | | AL | | |
| 191 | 1 | 2009 Far Niente Chardonnay | Good | 45.51 |
| | | AL | | |
| 192 | 1 | 2005 Domaine/Maison Vincent Girardin Puligny-Montr | Good | 54.44 |
| | | AL | | |
| 193 | 1 | 2006 Marcassin Chardonnay Marcassin Vineyard | Good | 136.65 |
| | | AL | | |
| 194 | 6 | 2006 Marcassin Chardonnay Three Sisters Vineyard | Good | 550.24 |
| | | AL | | |
| 195 | 1 | 2006 Morgan Chardonnay Double L Vineyard | Good | 29.50 |
| | | AL | | |
| 196 | 1 | 2007 Domaine Serene Pinot Noir Jerusalem Hill Willan | Good | 75.08 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : **TXN   Northern District of Texas**

**OIA Agency**       : **FBI**
**Court Case Name**  : **U.S. v. Sandy Jenkins**
**Court Case Number** : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 197 | 1 | 2004 Constant Cabernet Sauvignon Diamond Mountain | Good | 71.51 |
|  |  | AL |  |  |
| 198 | 5 | 2009 Peter Michael Chardonnay Belle Cote | Good | 407.68 |
|  |  | AL |  |  |
| 199 | 5 | 2009 Peter Michael Chardonnay La Carriere | Good | 409.73 |
|  |  | AL |  |  |
| 200 | 1 | 2004 Le Cloitre du Chateau Prieure Lichine | Good | 19.78 |
|  |  | AL |  |  |
| 201 | 1 | 2003 Harlan Estate - Bin 33 | Good | 342.75 |
|  |  | AL |  |  |
| 202 | 2 | 2003 Harlan Estate The Maiden | Good | 243.51 |
|  |  | AL |  |  |
| 203 | 2 | 2008 Penfolds Grange | Good | 1223.17 |
|  |  | AL |  |  |
| 204 | 1 | 2000 Silver Oak Cabernet Sauvignon Napa Valley | Good | 92.78 |
|  |  | AL |  |  |
| 205 | 2 | 2006 Vineyard 29 Cabernet Franc 29 Estate | Good | 268.36 |
|  |  | AL |  |  |
| 206 | 4 | 2006 Vineyard 29 Cabernet Sauvignon Aida Estate | Good | 699.68 |
|  |  | AL |  |  |
| 207 | 1 | 2005 Branham Estate Wines Cabernet Sauvignon - Bin | Good | 33.97 |
|  |  | AL |  |  |
| 208 | 1 | 2002 Domaine Chateau De La Tour Clos Vougeot | Good | 89.87 |
|  |  | AL |  |  |
| 209 | 1 | 2009 Far Niente Cabernet Sauvignon Regusci Vineyard | Good | 83.13 |
|  |  | AL |  |  |
| 210 | 1 | 2004 Louis Jadot Chamertin-Clos de Beze | Good | 113.94 |
|  |  | AL |  |  |

## UNITED STATES MARSHALS SERVICE

## SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

District         : TXN   Northern District of Texas

OIA Agency       : FBI
Court Case Name  : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 211 | 1 | 2005 Marcassin Pinot Noir Marcassin Vineyard | Good | 167.60 |
| | | AL | | |
| 212 | 1 | 2004 Nickel & Nickel Cabernet Sauvignon Copper Stre: | Good | 72.85 |
| | | AL | | |
| 213 | 1 | 2009 Nickel & Nickel Cabernet Sauvignon Hayne Vine; | Good | 83.22 |
| | | AL | | |
| 214 | 1 | 2002 Joseph Phelps Cabernet Sauvignon Napa Valley | Good | 41.24 |
| | | AL | | |
| 215 | 2 | 1999 Joseph Phelps Cabernet Sauvignon Napa Valley | Good | 86.91 |
| | | AL | | |
| 216 | 2 | 2000 Silver Oak Cabernet Sauvignon Napa Valley | Good | 185.56 |
| | | AL | | |
| 217 | 1 | 1998 Cakebread Cellars Cabernet Sauvignon Benchland | Good | 84.57 |
| | | AL | | |
| 218 | 1 | 1998 Far Niente Cabernet Sauvignon Cave Collection | Good | 121.00 |
| | | AL | | |
| 219 | 1 | 2008 Domaine Gachot-Monot Cote de Nuits Villages | Good | 23.95 |
| | | AL | | |
| 220 | 2 | 2003 Havens Wine Cellars Black and Blue | Good | 76.05 |
| | | AL | | |
| 221 | 2 | 2008 Peter Michael Les Pavots | Good | 343.44 |
| | | AL | | |
| 222 | 1 | 2004 Joseph Phelps Eisrebe | Good | 37.47 |
| | | AL | | |
| 223 | 1 | 2007 Domaine la Roquette Chateauneuf-du-Pape | Good | 40.65 |
| | | AL | | |
| 224 | 1 | 2009 Scarecrow Cabernet Sauvignon Monsieur Etain | Good | 137.00 |
| | | AL | | |

## UNITED STATES MARSHALS SERVICE

### SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
### ITEMIZATION LIST

**District** : **TXN   Northern District of Texas**

**OIA Agency** : **FBI**
**Court Case Name** : **U.S. v. Sandy Jenkins**
**Court Case Number** : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 225 | 1 | 2001 Sterling Vineyards Cabernet Sauvignon Red Carpe | Good | 80.16 |
| | | AL | | |
| 226 | 1 | 2006 Vine Cliff Winery Chardonnay Carneros | Good | 33.91 |
| | | AL | | |
| 227 | 1 | 2000 Bond Matriarch - Bin 36 | Good | 76.74 |
| | | AL | | |
| 228 | 1 | 2001 Bond Vecina | Good | 187.31 |
| | | AL | | |
| 229 | 4 | 2005 Clare Luce Abbey Cabernet Sauvignon Estate | Good | 249.25 |
| | | AL | | |
| 230 | 1 | 2005 Faiveley Nuits St. Georges 1er Cru | Good | 64.00 |
| | | AL | | |
| 231 | 1 | 2005 Chateau Simian Chateauneuf-du-Pape | Good | 88.44 |
| | | AL | | |
| 232 | 4 | 2006 Vineyard 29 Cabernet Sauvignon Aida Estate | Good | 699.68 |
| | | AL | | |
| 233 | 2 | 2011 Orin Swift The Prisoner - Bin 37 | Good | 75.91 |
| | | AL | | |
| 234 | 1 | 2002 Quintessa | Good | 105.03 |
| | | AL | | |
| 235 | 4 | 2009 Scarecrow Cabernet Sauvignon | Good | 1039.82 |
| | | AL | | |
| 236 | 1 | 2009 Scarecrow Cabernet Sauvignon Monsieur Etain | Good | 137.00 |
| | | AL | | |
| 237 | 2 | 2005 Vine Cliff Winery Cabernet Sauvignon | Good | 100.84 |
| | | AL | | |
| 238 | 1 | 2005 Vine Cliff Winery Cabernet Sauvignon Oakville | Good | 68.67 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : **TXN  Northern District of Texas**

OIA Agency      : **FBI**
Court Case Name  : **U.S. v. Sandy Jenkins**
Court Case Number : **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 239 | 1 | 2006 Vine Cliff Winery Zinfandel Bobcat Animal Cross | Good | 40.00 |
| | | AL | | |
| 240 | 1 | 2002 Hendry Cabernet Sauvignon Block 8 - Bin 38 | Good | 51.50 |
| | | AL | | |
| 241 | 4 | 2005 Hendry Primitivo Block 24 | Good | 118.68 |
| | | AL | | |
| 242 | 1 | 2003 Moet & Chandon Champagne Cuvee Dom Perigno | Good | 148.90 |
| | | AL | | |
| 243 | 1 | N.V. Pierre Peters Champagne Brut Rose for Albane | Good | 62.49 |
| | | AL | | |
| 244 | 1 | 2003 Schramsberg Vineyards Reserve | Good | 88.39 |
| | | AL | | |
| 245 | 1 | 2002 Schramsberg Vineyards Reserve | Good | 87.96 |
| | | AL | | |
| 246 | 3 | N.V. Veuve Clicquot Ponsardin Champagne Brut | Good | 126.86 |
| | | AL | | |
| 247 | 3 | N.V. P. Lancelot-Royer Champagne Cuvee des Chevali | Good | 127.16 |
| | | AL | | |
| 248 | 3 | 2001 Quintessa | Good | 283.52 |
| | | AL | | |
| 249 | 3 | 2000 Quintessa | Good | 263.72 |
| | | AL | | |
| 250 | 2 | 1998 Quintessa | Good | 169.44 |
| | | AL | | |
| 251 | 1 | 1995 Quintessa | Good | 77.51 |
| | | AL | | |
| 252 | 1 | 2007 Clos des Papes Chateauneuf-du-Pape - Bin 40 | Good | 257.23 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            :  TXN   Northern District of Texas

OIA Agency          :  FBI
Court Case Name     :  U.S. v. Sandy Jenkins
Court Case Number   :  3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 253 | 1 | 2007 Duckhorn Vineyards Merlot | Good | 90.50 |
| | | AL | | |
| 254 | 1 | 2008 Fontodi Chianti Classico | Good | 57.24 |
| | | AL | | |
| 255 | 1 | 2009 Herb Lamb Cabernet Sauvignon HL Herb Lamb V | Good | 302.50 |
| | | AL | | |
| 256 | 1 | 2007 Merryvale Cabernet Sauvignon Starmont | Good | 41.59 |
| | | AL | | |
| 257 | 2 | 2010 Pott Wine Cabernet Franc La Carte et Le Territoir | Good | 406.00 |
| | | AL | | |
| 258 | 3 | N.V. ZD Wines Cabernet Sauvignon Abacus X - Bin 41 | Good | 1186.22 |
| | | AL | | |
| 259 | 3 | N.V. ZD Wines Cabernet Sauvignon Abacus - Bin 42 | Good | 1115.65 |
| | | AL | | |
| 260 | 3 | N.V. ZD Wines Cabernet Sauvignon Abacus - Bin 43 | Good | 1115.65 |
| | | AL | | |
| 261 | 2 | N.V. Armand de Brignac Champagne Ace of Spades - E | Good | 576.07 |
| | | AL | | |
| 262 | 2 | 1999 Nicolas Feuillatte Champagne Brut Cuvee Palmes | Good | 231.97 |
| | | AL | | |
| 263 | 1 | 2007 Far Niente Cabernet Sauvignon Estate Bottled - Bi | Good | 365.29 |
| | | AL | | |
| 264 | 1 | 2007 Far Niente Cabernet Sauvignon Estate Bottled - Bi | Good | 188.66 |
| | | AL | | |
| 265 | 1 | 2001 Quintessa - Bin 48 | Good | 430.44 |
| | | AL | | |
| 266 | 1 | 2010 Pride Mountain Vineyards Cabernet Franc - Bin 49 | Good | 136.86 |
| | | AL | | |

UNITED STATES MARSHALS SERVICE

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District                   :  **TXN   Northern District of Texas**

**OIA Agency**          :  **FBI**
**Court Case Name**   :  **U.S. v. Sandy Jenkins**
**Court Case Number** :  **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 267 | 1 | 1997 Tenuta Torciano Bartolomeo Toscana IGT - Bin 5 | Good | 353.92 |
| | | AL | | |
| 268 | 3 | 2000 Tenuta Torciano Terrestre Toscana IGT - Bin 51 | Good | 348.00 |
| | | AL | | |
| 269 | 1 | 2001 Quintessa - Bin 52 | Good | 94.51 |
| | | AL | | |
| 270 | 1 | 2000 Quintessa | Good | 87.91 |
| | | AL | | |
| 271 | 1 | 1999 Quintessa | Good | 91.79 |
| | | AL | | |
| 272 | 1 | 2001 Quintessa - Bin 53 | Good | 94.51 |
| | | AL | | |
| 273 | 1 | 2000 Quintessa | Good | 87.91 |
| | | AL | | |
| 274 | 1 | 1999 Quintessa | Good | 91.79 |
| | | AL | | |
| 275 | 5 | 2005 Cliff Lede Cabernet Sauvignon Poetry - Bin 54 | Good | 720.12 |
| | | AL | | |
| 276 | 6 | 2005 Cliff Lede Cabernet Sauvignon Poetry - Bin 55 | Good | 864.14 |
| | | AL | | |
| 277 | 1 | 2000 Taylor (Fladgate) Porto Quinta de Vargellas Vinha | Good | 233.73 |
| | | AL | | |
| 278 | 1 | 1997 Taylor (Fladgate) Porto Quinta de Vargellas Vinha | Good | 350.00 |
| | | AL | | |
| 279 | 1 | 1995 Taylor (Fladgate) Porto Quinta de Vargellas Vinha | Good | 241.75 |
| | | AL | | |
| 280 | 4 | 2002 Nickel & Nickel Cabernet Sauvignon Dragonfly - | Good | 313.74 |
| | | AL | | |

UNITED STATES MARSHALS SERVICE

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : TXN   Northern District of Texas

OIA Agency          : FBI
Court Case Name     : U.S. v. Sandy Jenkins
Court Case Number   : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 281 | 3 | 2004 Fourteen Appellations - Bin 58 | Good | 336.20 |
| | | AL | | |
| 282 | 1 | 2000 Quintessa - Bin 59 | Good | 87.91 |
| | | AL | | |
| 283 | 1 | 1999 Quintessa | Good | 91.79 |
| | | AL | | |
| 284 | 1 | 1998 Quintessa | Good | 84.72 |
| | | AL | | |
| 285 | 1 | 1997 Quintessa | Good | 91.86 |
| | | AL | | |
| 286 | 1 | 1996 Quintessa | Good | 90.42 |
| | | AL | | |
| 287 | 1 | 1995 Quintessa | Good | 77.51 |
| | | AL | | |
| 288 | 6 | 2002 Joseph Phelps Insignia - Bin 60 | Good | 796.10 |
| | | AL | | |
| 289 | 6 | 2004 Reynolds Family Winery Cabernet Sauvignon Res | Good | 519.51 |
| | | AL | | |
| 290 | 2 | 2001 Goldeneye (Duckhorn Vineyards) Pinot Noir And | Good | 97.65 |
| | | AL | | |
| 291 | 2 | 2001 Goldeneye (Duckhorn Vineyards) Pinot Noir And | Good | 97.65 |
| | | AL | | |
| 292 | 1 | 1995 Veuve Clicquot Ponsardin Champagne Brut La Gr | Good | 114.24 |
| | | AL | | |
| 293 | 12 | 2005 Goldeneye (Duckhorn Vineyards) Pinot Noir And | Good | 586.02 |
| | | AL | | |
| 294 | 1 | 2005 Bodegas AAlto Ribera del Duero P.S. (Pagos Sele | Good | 186.84 |
| | | AL | | |

# UNITED STATES MARSHALS SERVICE

## SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

District             : TXN   Northern District of Texas

OIA Agency        : FBI
Court Case Name   : U.S. v. Sandy Jenkins
Court Case Number : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 295 | 2 | 2006 Elyse Couzins | Good | 85.60 |
| | | AL | | |
| 296 | 1 | 2005 Hendry Cabernet Sauvignon Hendry Vineyard | Good | 117.79 |
| | | AL | | |
| 297 | 1 | 1996 Sterling Vineyards Merlot Three Palms Vineyard | Good | 70.56 |
| | | AL | | |
| 298 | 1 | 1999 Vineyard 29 Cabernet Sauvignon The Essentials | Good | 85.00 |
| | | AL | | |
| 299 | 1 | 2006 Dunn Vineyards Cabernet Sauvignon Howell Mou | Good | 164.48 |
| | | AL | | |
| 300 | 6 | 2009 Goldeneye (Duckhorn Vineyards) Pinot Noir And | Good | 288.36 |
| | | AL | | |
| 301 | 1 | N.V. Laurent-Perrier Champagne Cuvee Rose Brut | Good | 73.68 |
| | | AL | | |
| 302 | 2 | 2004 Perrier-Jouet Champagne Belle Epoque | Good | 228.48 |
| | | AL | | |
| 303 | 1 | 2007 Talbott Chardonnay Monterey County | Good | 28.57 |
| | | AL | | |
| 304 | 1 | 1996 Nicolas Feuillatte Champagne Brut Rose Cuvee Pa | Good | 110.69 |
| | | AL | | |
| 305 | 1 | N.V. Veuve Clicquot Ponsardin Champagne Brut - Bin | Good | 42.29 |
| | | AL | | |
| 306 | 1 | N.V. Remy Martin Grande Champagne Cognac Louis X | Good | 1571.32 |
| | | AL | | |
| 307 | 1 | 2003 Pride Mountain Vineyards Merlot - Bin 71 | Good | 124.34 |
| | | AL | | |
| 308 | 1 | 2003 Dow Porto Vintage - Bin 72 | Good | 84.58 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            :  **TXN   Northern District of Texas**

OIA Agency          :  **FBI**
Court Case Name     :  **U.S. v. Sandy Jenkins**
Court Case Number   :  **3:13-CR-350-K**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 309 | 3 | 2006 Harlan Estate - Bin 73 | Good | 1532.85 |
| | | AL | | |
| 310 | 1 | 2005 Cliff Lede Cabernet Sauvignon SongBook - Bin 7 | Good | 139.84 |
| | | AL | | |
| 311 | 3 | 2005 Cliff Lede Cabernet Sauvignon SongBook - Bin 7 | Good | 419.53 |
| | | AL | | |
| 312 | 4 | 2005 Cliff Lede Cabernet Sauvignon Poetry - Bin 76 | Good | 576.09 |
| | | AL | | |
| 313 | 1 | 2008 Castello Banfi Brunello di Montacino - Location I | Good | 45.24 |
| | | AL | | |
| 314 | 4 | N.V. Louis Bouillot Cremant de Bourgogone Brut Gran | Good | 60.28 |
| | | AL | | |
| 315 | 2 | 2004 Perrier-Jouet Champagne Belle Epoque | Good | 228.48 |
| | | AL | | |
| 316 | 1 | 2009 Peter Mertes Eiswein Nachtgold | Good | 24.00 |
| | | AL | | |
| 317 | 5 | N.V. Veuve Clicquot Ponsardin Champagne Brut | Good | 211.43 |
| | | AL | | |
| 318 | 5 | N.V. De Margerie Champagne Brut GrandCru - Locatio | Good | 172.30 |
| | | AL | | |
| 319 | 2 | N.V. Frank Family Vineyards Port | Good | 107.33 |
| | | AL | | |
| 320 | 1 | 2004 Inniskillin Vidal Sparkling Icewine | Good | 46.84 |
| | | AL | | |
| 321 | 1 | 1998 Kaiser Garten Trockenbeerenauslese | Good | 100.99 |
| | | AL | | |
| 322 | 2 | N.V. Pride Mountain Vineyards Mistelle de Viognier | Good | 84.35 |
| | | AL | | |

**UNITED STATES MARSHALS SERVICE**

**SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)**
**ITEMIZATION LIST**

District            : TXN  Northern District of Texas

OIA Agency          : FBI
Court Case Name     : U.S. v. Sandy Jenkins
Court Case Number   : 3:13-CR-350-K

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | | Item Value |
|---|---|---|---|---|
| 323 | 1 | N.V. Weinhaus Kaisergarten Beerenauslese | Good | 289.00 |
| | | AL | | |
| 324 | 2 | 2005 Domaine des Baumard Quarts de Chaume - Locati | Good | 68.05 |
| | | AL | | |
| 325 | 1 | 2006 Ceja Dulce Beso | Good | 52.78 |
| | | AL | | |
| 326 | 1 | 2006 Dolce Winery Late Harvest | Good | 65.71 |
| | | AL | | |
| 327 | 2 | 2002 Peju Province Winery Chardonnay Liana Late Har | Good | 115.53 |
| | | AL | | |
| 328 | 1 | N.V. Perrier-Jouet Champagne Extra Dry | Good | 32.60 |
| | | AL | | |
| 329 | 1 | N.V. Revolver Wine Company Petite Sirah Redemption | Good | 32.50 |
| | | AL | | |
| 330 | 1 | 2003 Bodegas Toro Albala Montilla-Moriles La Noria | Good | 19.75 |
| | | AL | | |
| 331 | 1 | N.V. Vineyard 29 Zinfandel Late Harvest Aida Estate | Good | 37.50 |
| | | AL | | |