✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN                     DISTRICT OF              TEXAS - DALLAS DIVISION

UNITED STATES OF AMERICA

V.

SANDY JENKINS (01) and KAY JENKINS (02)

**EXHIBIT AND WITNESS LIST**

Case Number:  3:13-CR-350-K

| PRESIDING JUDGE ED KINKEADE | PLAINTIFF'S ATTORNEY Nich Bunch | DEFENDANT'S ATTORNEY Brett Stallcup, Joe Kendall, and Jody Rudman |
|---|---|---|
| TRIAL DATE (S) September 16, 2015 | COURT REPORTER Todd Anderson | COURTROOM DEPUTY Ronnie Jacobson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Government's Exhibits 1 through 5 Admitted  for use at the Sentencing Hearing. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |